■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO LOPEZ, Appellant. (Appeal No. 1.) [648 NYS2d 420] —Judgment unanimously affirmed. Memorandum: By entering a plea of guilty, defendant forfeited his right to appellate review concerning the alleged deprivation of his statutory speedy trial rights (*see, People v O'Brien*, 56 NY2d 1009, 1010; *People v Howe*, 56 NY2d 622, 624; *People v Gerber*, 182 AD2d 252, 260, *lv denied* 80 NY2d 1026). The sentence imposed is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, LaMendola, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Pine, Wesley, Davis and Boehm, JJ.